■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN MARTINEZ, Appellant. [921 NYS2d 890]—Appeal by the de-

fendant from an order of the County Court, Suffolk County (Kahn, J.), dated March 23, 2010, which, after a hearing pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court's determination to designate the defendant a level three sex offender was supported by clear and convincing evidence (*see People v Rivera*, 73 AD3d 881, 882 [2010]; *People v Turner*, 68 AD3d 1082 [2009]; *People v Fisher*, 36 AD3d 880 [2007]). There is no merit to the defendant's contention that he was entitled to a downward departure from this risk level (*see People v Gonzalez*, 48 AD3d 284 [2008]; *People v Lombard*, 30 AD3d 573 [2006]; *see also People v Johnson*, 77 AD3d 1039, 1040 [2010]). Angiolillo, J.P., Florio, Lott and Austin, JJ., concur.